CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff ORLANDO GARCIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>5166 LANKERSHIM BOULEVARD, LLC, a California Limited Liability Company; DAVE'S HOT CHICKEN NH LLC, a California Limited Liability Company; and Does 1- 10,<br><br>  Defendants. | Case No.: 2:20-CV-10191-RGK-JC<br><br>**NOTICE OF SETTLEMENT** |

   The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

Dated: January 15, 2021      CENTER FOR DISABILITY ACCESS

                By:   /s/Amanda Seabock
                   Amanda Seabock
                   Attorney for Plaintiff