CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RAFFI A. BABAIAN (SBN: 308245)
raffi@babaianlaw.net
BABAIAN LAW PC
960 N. Western Ave.
Los Angeles, CA 90029
Phone: (818) 450-9301
Attorneys for Defendants
5166 Lankershim Boulevard, LLC
and Dave's Hot Chicken NH LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case: 2:20-CV-10191-RGK-JC |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 5166 LANKERSHIM BOULEVARD, LLC, a California Limited Liability Company; DAVE'S HOT CHICKEN NH LLC, a California Limited Liability Company; and Does 1- 10, | |
| Defendants. | |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 10, 2021		CENTER FOR DISABILITY ACCESS

		By:   /s/ Amanda Seabock
		      Amanda Seabock
		      Attorney for Plaintiff

Dated: March 10, 2021		BABAIAN LAW PC

		By:   /s/ Raffi A. Babaian
		      Raffi A. Babaian
		      Attorney for Defendants
		      5166 Lankershim Boulevard, LLC
		      and Dave's Hot Chicken NH LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Raffi A. Babaian, counsel for 5166 Lankershim Boulevard, LLC and Dave's Hot Chicken NH LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 10, 2021          CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff